# UNITED STATES DISTRICT COURT

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 25, 2019

SEAN F. McAVOY, CLERK

JEFFREY E.,

|  |  |
|---|---|
| *Plaintiff* | ) |
| v. | ) |
| | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| | ) |
| *Defendant* | |

Civil Action No.   1:18-CV-03140-MKD

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑  other:   Plaintiff's Motion for Summary Judgment, ECF No. 16, is DENIED.
Defendant's Motion and Supplemental Motion for Summary Judgment, ECF Nos. 17 & 21, are GRANTED.
Judgment is entered in favor of Defendant.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision was reached.

☑  decided by Judge   Mary K. Dimke   on motions for summary judgment.

Date:  June 25, 2019

CLERK OF COURT

SEAN F. McAVOY

s/ Pam Howard

*(By) Deputy Clerk*

Pam Howard